**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

| | |
|---|---|
| TOMAS MORALES,<br>Plaintiff,<br>v.<br>FORD MOTOR COMPANY; PUENTE HILLS FORD; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 2:25-cv-02405-HDV-AGR<br>Hon. Hernan D. Vera<br>**[PROPOSED] JUDGMENT** |

The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiff TOMAS MORALES ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 19, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $35,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: 09/23/26

Hon. Hernan D. Vera
UNITED STATES DISTRICT JUDGE